

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*     *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*     *TTY (414)297-1088*
*Milwaukee WI 53202*     *Fax (414) 297-1738*
www.usdoj.gov/usao/wie

November 18, 2024

Honorable Brett H. Ludwig
United States District Judge
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

    Re:     *United States v. Willie L. Vales*
              Case No. 23-cr-14

Dear Judge Ludwig:

    Pursuant to the Court's order dated November 12, 2024, the United States now informs the Court that if the defendant waives his right to a jury trial and consents to a bench trial, the United States will not object to a bench trial.

                                            Respectfully submitted,

                                            GREGORY J. HAANSTAD
                                            United States Attorney

                     By:      *s/ Katherine M. Halopka-Ivery*
                                            Katherine M. Halopka-Ivery (WIBN: 1075311)
                                            Laura S. Kwaterski (WIBN: 1055485)
                                            Assistant United States Attorneys

CC: Attorney Jeffrey W. Jensen, Sr.