UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Case No. 23-CR-14

WILLIE L. VALES,

    Defendant.

## PRETRIAL REPORT

The United States of America, by its attorneys Richard G. Frohling, Acting United States Attorney for the Eastern District of Wisconsin, and Katherine M. Halopka-Ivery and Patricia I. Daugherty, Assistant United States Attorneys, and the defendant Willie L. Vales, by his attorney Jeffrey J. Jensen, hereby submit the following Pretrial Report for the above captioned case.

### SUMMARY OF THE CHARGES

The defendant, Willie L. Vales, is charged with a single count of unlawfully possessing a firearm, after being previously convicted of a crime punishable by a term exceeding one year, on or about January 11, 2023.

The Defendant has pleaded not guilty to the charges and requested a court trial.

### ANTICIPATED LENGTH OF TRIAL

The parties anticipate that the trial will last no more than 1 day.

### STIPULATIONS OF FACT BETWEEN THE PARTIES

Attachment A contains the stipulations agreed to by the parties.

1

## WITNESSES

The government's list of anticipated witnesses is attached as Attachment B. The defendant reserves the right to call any witnesses as identified on the government's list and possibly the defendant.

## EXPERT WITNESSES

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government intends to call the following expert witness:

1. Janice Maly, DNA Analyst – Advanced, with the Wisconsin State Crime Lab;

Pursuant to Rule 16, the government has filed a disclosure report related to the qualifications of this expert and her anticipated testimony as Attachments C.

## EXHIBIT LIST

The parties' joint exhibit list is attached as Attachment D.

## VERDICT FORM

The parties' proposed verdict form is attached as Attachment E.

## REQUEST FOR A COURT REPORTER

The parties request the services of a court reporter at trial.

Respectfully submitted this 8th day of May, 2025.

RICHARD G. FROHLING
Acting United States Attorney

By: /s/*Katherine M. Halopka-Ivery*
Katherine M. Halopka-Ivery
Patricia I. Daugherty
Assistant United States Attorneys

&

By: /s/ *Jeffrey W. Jensen, Sr.*
Jeffrey J. Jensen, Sr.
Counsel for Defendant, Willie L. Vales